IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY JPW D.C.

05 JUL 15 PM 2:08

| UNITED STATES OF AMERICA | ) | CR. NOS. 97-20234-Ml |
| | ) | 97-20235-Ml |
| Plaintiff, | ) | 97-20236-Ml |
| | ) | 97-20237-Ml ✓ |
| VS | ) | 97-20238-Ml |
| | ) | 97-20239-Ml |
| EDDIE JETER | ) | 97-20240-Ml |
| | ) | 97-20241-Ml |
| Defendant. | ) | |

## ORDER TO SURRENDER

The defendant, Eddie Jeter, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **FCI MEMPHIS (SCP) 1101 John A. Denie Road, Memphis, TN 38134** by **2:00 p.m.** on **FRIDAY, AUGUST 5, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**ENTERED** this the 15 day of July, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-15-05

176

## ACKNOWLEDGMENT

I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.

Signed and acknowledged before me on _____

_____          _____
**Clerk/Deputy Clerk**                                         **Defendant**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 176 in case 2:97-CR-20237 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT